LESLIE A. HUNTINGTON, as Trustee in Bankruptcy of
SOUTH SHORE CO-OPERATIVE ASSOCIATION, INC., Appel-
lant, *v.* JOHN DAVIDSON, Respondent.

Argued October 18, 1937; decided November 16, 1937.

512

*Robert N. Palmer* for appellant.

*J. Carlisle Swaim* for Virginia-Carolina Chemical Corporation, *amicus curiæ*.

*Glenn W. Woodin* for respondent.

Judgment affirmed, with costs. The affirmance is on the ground that the Statute of Limitations has run against the claim. The court does not pass on any other question. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.